No. 76–482.  RAMIREZ *v.* UNITED STATES.  Ct. Cl.  Certiorari denied.

No. 76–544.  NEFF TRAILER SALES, INC. *v.* STRICKLER, ADMINISTRATRIX.  C. A. 4th Cir.  Certiorari denied.

No. 76–562.  ROBERTS *v.* AMERICAN BANK OF MUSKOGEE ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 76–618.  MARTIN ET AL. *v.* CONTINENTAL GRAIN Co.  C. A. 5th Cir.  Certiorari denied.

No. 76–668.  MOLEVER ET AL. *v.* LEVENSON ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 76–704.  YOUNG *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 76–5184.  BAYLOR *v.* UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 76–5192.  PHILLIPS *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 76–5199.  FOSTER *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 76–5213.  THORNTON *v.* UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 76–5227.  EVERS *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 76–5238.  BANKS *v.* UNITED STATES; and
No. 76–5239.  LaPOINTE *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 76–5257.  MAYFIELD *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.